UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROLYN E. O'CONNOR,            )
                                )
     Plaintiff,                 )
                                )
v.                              )   Civil Action No. 19-03123 (UNA)
                                )
MEDSTAR HEALTH, et al.,         )
                                )
     Defendants.                )

FILED
OCT 31 2019
Clerk, U.S. District and
Bankruptcy Courts

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. "For jurisdiction to exist under 28 U.S.C. § 1332, there must be complete diversity between the parties, which is to say that the plaintiff may not be a citizen of the same state as any defendant." *Bush v. Butler*, 521 F. Supp. 2d 63, 71 (D.D.C. 2007) (citing *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373-74 (1978)). A party seeking relief in the district court must at least plead facts that bring the suit within the Court's jurisdiction. *See* Fed. R. Civ. P. 8(a).

The plaintiff's complaint is not based on a federal question, and the parties all appear to be citizens of the District of Columbia for purposes of diversity jurisdiction. Because the plaintiff demonstrates neither federal question nor diversity jurisdiction, the Court will dismiss the complaint and this civil action without prejudice. A separate order accompanies this Memorandum Opinion.

DATE: October 31, 2019

CHRISTOPHER R. COOPER
United States District Judge